UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE M. HERZOG, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEAN FOOD COMPANY, a Delaware corporation, and VENTURA FOODS, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | **Case No. 07-CV-0037 JLS (NLS)**<br><br>**ORDER (1) GRANTING JOINT MOTION BY ALL PARTIES TO STAY PROCEEDINGS PENDING ORDER IN LOS ANGELES SUPERIOR COURT CONCERNING APPROVAL OF SETTLEMENT and (2) SETTING STATUS CONFERENCE** |

On October 3, 2007, Plaintiff and Defendants submitted a Joint Motion wherein they requested that this case be stayed pending a determination by the court in *David Bienstock v. Ventura Food LLC, et. al.,* Los Angeles Superior Court ("State Court"), Case No. BC369276, of a settlement reached in that case.

Pursuant to the foregoing Joint Motion by the parties, it is **HEREBY ORDERED** that this case is stayed until **February 8, 2008**. On that date, the parties **SHALL APPEAR** before the Court for a status conference at 10:30 a.m.

Date: October 9, 2007

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　Judge for the United States District Court

- 1 -