Marian S. Rosen (Tex. SBN: 17263000)
Marian S. Rosen & Associates
1330 Post Oak Boulevard, Suite 2910
Houston, Texas 77056
Tel.: (713) 222-6464; Fax: (713) 227-4703
E-mail: marian@marianrosen.com

Howard Rubinstein (Fla. SBN: 104108)
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Tel.: (832) 715-2788
E-mail: howardr@pdq.net

Harold M. Hewell (Cal. SBN: 171210)
Hewell Law Firm
105 West F Street, Suite 213
San Diego, California 92101
Tel: (619) 235-6854; Fax: (888) 298-0177
E-mail: hmhewell@hewell-lawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHERINE M. HERZOG,** as an individual and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>**DEAN FOOD COMPANY,** a Delaware corporation, and **VENTURA FOODS, LLC,** a Delaware limited liability company,<br><br>    *Defendants.* | Civil Action No. **07 CV 0037 IEG (NLS)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>*<u>CLASS ACTION</u>*<br><br>*JURY TRIAL REQUESTED* |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned action with prejudice, in its entirety and as to all parties, given that no responsive pleading or motion for summary judgment has been filed in the matter, and that all claims herein have been settled as part of the class

settlement given final Court approval, with judgment entered April 18, 2008, in the case filed in the California Superior Court for the County of Los Angeles, styled as, *Bienstock v. Ventura Foods, LLC*, Case no. BC362937.

                                              Hewell Law Firm

DATED: December 30, 2008.        /s/Harold M. Hewell
                                                Harold M. Hewell

                                                Marian S. Rosen (Tex. SBN: 17263000)
                                                Marian S. Rosen & Associates
                                                1330 Post Oak Boulevard, Suite 2910
                                                Houston, Texas 77056

                                                Howard Rubinstein (Fla. SBN: 104108)
                                                Attorney at Law
                                                914 Waters Avenue, Suite 20
                                                Aspen, Colorado 81611

                                                ATTORNEYS FOR PLAINTIFF